**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DAVID LARRY SMITH, JR.**                                                                 **PLAINTIFF**

**v.**                                    **Civil No. 07-5102**

**ARAMARK FOOD SERVICE**                                                              **DEFENDANT**

### O R D E R

Now on this 7th day of August, 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge**, Hon. James R. Marschewski (document #7, filed July 19, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Complaint is hereby **dismissed and this case is closed.**

**IT IS SO ORDERED.**

                                                              **/s/Jimm Larry Hendren**
                                                              **HON. JIMM LARRY HENDREN**
                                                              **UNITED STATES DISTRICT JUDGE**